**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Leonardo De Melo Leite,<br><br>    Petitioner,<br><br>v.<br><br>Antone Moniz, et al,<br><br>    Respondents (s). | Civil Action No. 25-CV-13664-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 15] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                 **DISMISSED**.

Dated: 3/10/2026               By the Court,

               /s/ Courtney Horvath
               Deputy Clerk